**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 23, 2015

24th District Court Victoria County
115 N. Bridge Street
Victoria, TX 77901

Mr. Robert Matthew Villarreal
TDCJ# 1753944
Michael Unit, 2664 FM 2054
Tennessee Colony, TX 75886

Re:      Cause No. 13-15-00264-CR
Tr.Ct.No. 11-08-11,496A
Style:    In Re Robert Matthew Villarreal

Enclosed please find the opinion issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:   Mr. Robert C. Lassmann (DELIVERED VIA E-MAIL)
      Hon. Kemper Stephen Williams (DELIVERED VIA E-MAIL)
      Tabeth Gardner (DELIVERED VIA E-MAIL)
      Hon. Michael A. Sheppard (DELIVERED VIA E-MAIL)